
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

SEP 2 7 2012

TONY R. MOORE, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **KIRK DEROUEN** | **CIVIL ACTION 11-830** |
| **VERSUS** | **JUDGE HAIK** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such;

The Commissioner's decision is **REVERSED** and the claimant is awarded benefits from the onset date of December 31, 2005.

**THUS DONE** and **SIGNED** on this the 25th day of September 2012.

_____
JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT